# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #6,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01339-ADA-SAB<br><br>ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>**DEADLINE: NOVEMBER 28, 2023** |

On November 7, 2023, the parties filed a notice of settlement of settlement. (ECF No. 9.) The parties request all deadlines be stayed, including the deadline for Defendants to file a responsive pleading. "Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." L.R. 160(b).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters before the Court are VACATED, including the scheduling conference currently set for December 21, 2023;
2. Any deadlines for Defendants to file responsive pleading are STAYED; and
3. The parties shall file dispositional documents **on or before November 28, 2023**.

IT IS SO ORDERED.

Dated:   **November 8, 2023**

UNITED STATES MAGISTRATE JUDGE